# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| HAROLD VINCENT FRANKLIN,        ) | No. CV 11-5386-R (PLA) |
| Petitioner,        ) | |
| v.        ) | **JUDGMENT** |
| CONNIE GIPSON, Warden,        ) | |
| Respondent.        ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: June 4, 2013

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE