UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| HAROLD VINCENT FRANKLIN, | ) | No. CV 11-5386-R (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| CONNIE GIPSON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: June 4, 2013

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE